## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

KELLY L. KILPATRICK,                          )
                                          )
           Plaintiff,              )
                                          )
v.                                            )      Case No. CIV-10-1063-M
                                          )
MICHAEL J. ASTRUE, Commissioner of            )
Social Security Administration,               )
                                          )
           Defendant.              )

## ORDER

On November 21, 2011, United States Magistrate Shon Erwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance benefits and supplemental security income benefits under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by December 12, 2011. Plaintiff has timely filed her objection.

Having carefully reviewed this matter de novo, the Court:

(1)     ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on November 21, 2011, and

(2)     AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 30th day of December, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE